AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. MCAVOY, CLERK

Blane Corey DeSantis, Executor and Beneficiary of the BLAINE COREY DESANTIS TRUST and The DeSantis Empire Trust, Principal Secured Party Creditor, Living Man Jus Soli Sui Juris
*Plaintiff*

v.

Experian Information Solutions Inc
*Defendant*

Civil Action No. 2:25-cv-00286-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the text Order at ECF No 26, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke

Date: 10/15/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*